IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-394-BO

| | |
|---|---|
| STEWART ABRAMSON, PAUL JONES, and MARK FITZHENRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, Plaintiffs, | ) ) ) ) ) ) |
| v. | )     O R D E R |
| SAFE STREETS USA LLC, and TEKTIKS INNOVATIVE NETWORK USA INC., Defendants. | ) ) ) ) ) |

By order entered January 12, 2022, the Court granted the motion for final approval of the class action settlement and for entry of judgment filed by plaintiffs. As defendant Tektiks Innovative Network USA (Tektiks) was not expressly named in the settlement agreement, the Court ordered plaintiffs to file a status report as to any remaining claim against defendant Tektiks.

Plaintiffs have complied with the Court's order and have notified the Court that all claims against Tektiks, as an agent of defendant Safe Streets, have been released and that the matter can be terminated as to all defendants. The clerk is therefore DIRECTED close this case.

SO ORDERED, this 26 day of January, 2022.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE